exemplified in the present case, where eleven of the jury made affidavits in support of the motion at the request of the defendant's attorney, and subsequently, at the request of plaintiff's attorney, ten recanted and made affidavits contrary to those first obtained from them. No attention should be paid to these affidavits. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

NEW YORK DOCK COMPANY, Appellant, Respondent, v. FLINN-O'ROURKE COMPANY, INC., and THE CITY OF NEW YORK. Respondents, Appellants.— Interlocutory judgment reversed on reargument, and complaint unanimously dismissed as to the Flinn-O'Rourke Company, with costs against the plaintiff, and a new trial granted of the issues between the plaintiff and the remaining defendant, costs to plaintiff to abide the event. We desire to say, in addition to the opinion already handed down [See 198 App. Div. 376], that we think the court at Special Term, having taken the testimony in relation thereto, should have determined the amount of damages, if any. No further opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

NEW YORK MUNICIPAL RAILWAY CORPORATION, by LINDLEY M. GARRISON, as Its Receiver, Respondent, v. INTERCONTINENTAL CONSTRUCTION CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

GEORGE POWELL, an Infant, by JESSIE POWELL, His Guardian ad Litem, Respondent, v. C. HENRY HOLTERMAN and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Rich, Kelly and Manning, JJ., concur; Blackmar, P. J., and Jaycox, J., dissent, as they feel constrained by the decisions in *Noreen* v. *Vogel & Bros., Inc.* (231 N. Y. 317) and *Boyle* v. *Cheney Piano Action Co.* (193 App. Div. 408).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROY POWELL, Appellant.— Appeal dismissed. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE J. HOFFMAN, Respondent, v. EDWARD W. COX, as County Clerk of Queens County, and Others, Appellants.— Order reversed, without costs, upon authority of *People ex rel. O'Donnell* v. *Cox* (193 App. Div. 911), and motion denied, without costs. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSINA J. RICHARDS, Respondent, v. JOHN F. HYLAN, as Mayor of the City of New York, Appellant.— Order granting peremptory writ of mandamus reversed, with ten dollars costs and disbursements, and the motion therefor denied, with ten dollars costs. The relator established no clear legal right to the peremptory writ of mandamus which was granted to her. Whatever rights she may have had in the premises were those of a contractual nature between herself and the city. If the city has failed to fulfill this contractual obligation, the plaintiff's rights cannot be enforced by the summary writ of mandamus. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KLAPPER BUILDING COMPANY, INC., Respondent, v. JOHN F. HYLAN, as Mayor of the City of New York, Appellant.— Order granting peremptory writ of mandamus reversed, with ten dollars costs and disbursements, and the motion therefor denied, with ten dollars

costs. (See *People ex rel. Richards* v. *Hylan, ante,* p. 871, decided herewith.) Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS M. MARCHANT and ANNIE MARCHANT, His Wife, Respondents, v. JOHN F. HYLAN, as Mayor of the City of New York, Appellant.— Order granting peremptory writ of mandamus reversed, with ten dollars costs and disbursements, and the motion therefor denied, with ten dollars costs. (See *People ex rel. Richards* v. *Hylan, ante,* p. 871, decided herewith.) Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AGNES SOMERVILLE, Respondent, v. JOHN F. HYLAN, as Mayor of the City of New York, Appellant.— Order granting peremptory writ of mandamus reversed, with ten dollars costs and disbursements, and the motion therefor denied, with ten dollars costs. (See *People ex rel. Richards* v. *Hylan, ante,* p. 871, decided herewith.) Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

MARY ANN RAYNOR, Respondent, v. WILLETT E. RAYNOR, Appellant.— The fourth finding of fact and the first and second conclusions of law are reversed, and we find the third, fourth and fifth findings of fact and the first and fifth conclusions of law proposed by defendant. Judgment, therefore, reversed and complaint dismissed, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur. Settle order on notice before Mr. Justice Rich.

ROCKLAND LIGHT AND POWER COMPANY, Respondent, v. ROCKLAND SHOE MANUFACTURING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

JAMES ROONEY, an Infant, by WILLIAM ROONEY, His Guardian ad Litem, Respondent, v. WESTCOTT EXPRESS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

JOSEPH J. SALATINO, Respondent, v. ISAAC BERMAN and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

FRANCES B. SHAW, Respondent, v. CLARENCE H. KELSEY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

JOSEPH N. STEWART, Respondent, v. EUGENE A. FALLON and JAMES KIERNAN, Appellants, Impleaded with Others, Defendants.— Judgment modified by striking out the provision for costs and reduced accordingly, and as so modified the judgment and order are unanimously affirmed, without costs to either party. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

TRANSCONTINENTAL ENGINEERING CORPORATION, Appellant, v. ROLAND R. CONKLIN, Respondent.— Orders affirmed, with ten dollars costs and disbursements on each order. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

CHARLES L. ALLERS, Appellant, v. OLGA S. ALLERS, Respondent.— Motion for reargument of appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.